# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ARENA IP, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> ERICSSON INC. <br><br> *Defendant*. | Civil Action No. 6:22-cv-00381-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

    Plaintiff, Arena IP, LLC ("Arena") and Defendant, Ericsson Inc. ("Ericsson") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties have reached an agreement to settle all matters in controversy between them and are in the process of finalizing a final written agreement. The Parties wish to conclude this matter without burdening the Court with any additional filings and without incurring unnecessary expense. Accordingly, the Parties respectfully request that the Court stay all proceedings in this case, including all pending deadlines, for 30 days, until December 28, 2022. The Parties submit that good cause exists for granting this Joint Motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served.

November 29, 2022

    Respectfully submitted,

By: */s/ John R. Gibson*
Holly E. Engelmann
TX State Bar No. 24040865
Email: hengelmann@duanemorris.com
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 257-7226
Facsimile: (214) 292-9454

John R. Gibson
Email: jrgibson@duanemorris.com
Daniel Mitchell
Email: dmitchell@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

*Attorneys for Defendant Ericsson Inc.*

*/s/ Jeffrey E. Kubiak*
William P. Ramey, III
Texas State Bar No. 24027643
Jeffrey E. Kubiak
Texas State Bar No. 24028470
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for Arena IP, LLC*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), counsel for Plaintiff and Defendant met and conferred via email regarding this motion on November 28, 2022. Both Parties are in agreement regarding the relief requested in this motion, and therefore this motion is being filed jointly by both Parties.

*/s/ John R. Gibson*
John R. Gibson

**CERTIFICATE OF SERVICE**

I certify that on November 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ John R. Gibson*
John R. Gibson

DM2\16784681.1